UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00042-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHRISTOPHER LEE WILKES,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#19) is GRANTED, and Counts 1, 2,3, 4, 5, 13, 14, and 15 of the Indictment are DISMISSED WITHOUT PREJUDICE as to this defendant.

Signed: May 3, 2013

Max O. Cogburn Jr.
United States District Judge